**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| SUMMIT HEALTHCARE OPERATING PARTNERSHIP, L.P., and FANTASIA INVESTMENT III, LLC, | § § § § § | |
| *Plaintiffs,* | § § | Civil Action No. 4:26-cv-331 |
| vs. | § § | |
| ACCURA HEALTHCARE OF BANCROFT, LLC; ACCURA HEALTHCARE OF CARROLL, LLC; ACCURA HEALTHCARE OF CRESCO, LLC; ACCURA HEALTHCARE OF MARSHALLTOWN, LLC; ACCURA HEALTHCARE OF MILFORD, LLC; AND ACCURA HEALTHCARE OF SPIRIT LAKE, LLC, | § § § § § § § § § § | |
| *Defendants.* | § | |

**<u>Plaintiffs' Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Summit Healthcare Operating Partnership, L.P. ("Summit") discloses that it is owned by Summit Healthcare REIT, Inc., a Maryland corporation with its principal place of business in California, and has no publicly owned corporation owning more than 10% of its ownership interests. Plaintiff Fantasia Investment III, LLC ("Fantasia") discloses that it is owned by Fantasia Holding (US) Corporation, a Delaware corporation with its principal place of business in New York, and has no publicly owned corporation owning more than 10% of its membership interests.

Dated: August 11, 2026

Respectfully submitted.

/s/ Alan R. Ostergren
**Alan R. Ostergren**
Alan R. Ostergren, PC
500 East Court Avenue, Suite 420
Des Moines, Iowa 50309
(515) 207-0134
alan.ostergren@ostergrenlaw.com

-and-

Noah M. Schottenstein
Tex. Bar No. 24100661
*Admission Pro Hac Vice Pending*

**STONE HILTON PLLC**
301 Commerce St., Ste. 2360
Fort Worth, TX 76102
Telephone: (737) 701-6575
noah@stonehilton.com

*Attorneys for Plaintiffs Summit Healthcare Operating Partnership, L.P. and Fantasia Investment III, LLC*